BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
TIMOTHY R. BOLIN
Special Assistant United States Attorney
    Social Security Administration, Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8982
    Facsimile: (415) 744-0134
    E-Mail: timothy.bolin@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN LEE CRANMER,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:13-cv-00900-EFB<br><br>JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT |

Because Defendant's counsel was furloughed during the lapse in appropriations of executive branch agencies, he, along with the rest of the Office of the General Counsel, has a substantial backlog of civil litigation work, despite diligent prioritization and efforts to work through this backlog as efficiently as possible. For this reason, the parties jointly stipulate to an extension of time for filing the Commissioner's motion for summary judgment, up to and including November 25, 2013. The parties stipulate in good faith, with no intent to delay proceedings unduly.

|   |   |
|---|---|
| | Respectfully submitted, |
| Date: *October 22, 2013* | */s/ John V. Johnson*<br>JOHN V. JOHNSON<br>Attorney for Plaintiff |
| Date: *October 22, 2013* | BENJAMIN B. WAGNER<br>United States Attorney<br>DONNA L. CALVERT<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration<br><br>*/s/ Timothy R. Bolin*<br>TIMOTHY R. BOLIN<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |

**ORDER**

Pursuant to the parties' joint stipulation, and for good cause shown, the Court orders that Defendant's time for filing her motion for summary judgment be extended up to and including November 25, 2013.

Dated: October 23, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE